United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3982

_____

Carroll Jackson; Nadine Jackson,　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　　Appellants,　　　　*
　　　　　　　　　　　　　　　　　*
　　　v.　　　　　　　　　　　*　Appeal from the United States
　　　　　　　　　　　　　　　　　*　District Court for the
Jon Sanford, Attorney; Henry　　*　Eastern District of Arkansas.
Wilkerson, Judge; William Bullock,　*
Judge,　　　　　　　　　　　*　　**[UNPUBLISHED]**
　　　　　　　Appellees.　　　　*

_____

Submitted: March 6, 1998
Filed: March 18, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Carroll Jackson and his wife, Nadine Jackson, appeal the district court's[1] dismissal of their complaint which alleged defendants conspired to predetermine the outcome in two previous cases. After careful review of the record and the parties' briefs we conclude the district court properly dismissed the claims against the judges because they are entitled to absolute judicial immunity. See Ashelman v. Pope, 793 F.2d 1072, 1075-78 (9th Cir. 1986) (en banc), cited with approval by, Moses v.

_____

[1]The HONORABLE WILLIAM R. WILSON, JR., United States District Court Judge for the Western District of Arkansas.

Parwatikar, 813 F.2d 891, 893 (8th Cir.), cert. denied, 484 U.S. 832 (1987). We also conclude the district court properly dismissed the Jacksons' civil rights conspiracy claims because they were barred by the applicable statutes of limitations. See Guy v. Swift & Co., 612 F.2d 383, 385 (8th Cir. 1980) (per curiam) (where it appears on face of complaint that statute of limitations has run, action properly dismissed under Fed. R. Civ. P. 12(b)(6)). Accordingly, we affirm the dismissal with prejudice of the federal claims. As to the Jacksons' state law claims, we modify the dismissal to be without prejudice. See 28 U.S.C. §§ 1367(c)(3), 1367(d); Labickas v. Arkansas State Univ., 78 F.3d 333, 334-35 (8th Cir.) (per curiam), cert. denied, 117 S. Ct. 395 (1996).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-